UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL ACTION NO. 17-00215-01 |
| VERSUS | JUDGE S. MAURICE HICKS, JR. |
| CHRISTOPHER M.K. DUMAS (01) | MAGISTRATE JUDGE HORNSBY |

**MEMORANDUM ORDER**

Before the Court are several miscellaneous motions filed by *pro se* Defendant Christopher M.K. Dumas ("Dumas"). The Court will address each motion/filing separately.

The first is a letter motion for issuance of a preliminary injunction. See Record Document 209. Dumas alleges that the Caddo Correctional Center is opening, copying, and holding his legal mail. He maintains that Caddo Correctional Center is violating his attorney-client privilege. The letter motion was signed by Dumas on June 10, 2020. On June 11, 2020, Magistrate Judge Hornsby conducted a Faretta hearing and the issue of Dumas' legal mail was discussed. See Record Document 204. Magistrate Judge Hornsby directed Dumas and Mr. Kammer, limited standby defense counsel, to advise the Court if there were additional problems with Dumas receiving his legal mail. See id. at 24-25. On June 25, 2020, Dumas filed a "Writ of Prohibition" (Record Document 216) containing the same generalized complaints about Caddo Correctional Center opening, copying, holding, and reviewing his legal mail. This filing offered no specific instances of problems with Dumas' mail. Moreover, the Court notes that no other federal inmates housed at Caddo Correctional Center have made similar complaints about their legal mail.

Dumas' letter motion for issuance of a preliminary injunction (Record Document 209) and Writ of Prohibition (Record Document 216) are, therefore, **DENIED**.[1]

Next, Dumas filed a Request for Judicial Notice and Offer of Proof (Record Document 212). Dumas has a discovery motion (Record Document 206) pending wherein he has raised many of the issues referenced in the instant request. His request for judicial notice is **DENIED**. Further, Dumas is advised that this Court has no intention of re-trying the merits of his case at sentencing.

Finally, Dumas has filed a Motion to Continue his July 22, 2020 sentencing hearing. See Record Document 213. He seeks a continuance because of outstanding discovery issues with the Government. The Government opposes the continuance. See Record Document 215. The Government's response to Dumas' pending discovery motion (Record Document 206) is due no later than July 2, 2020. See Record Document 210. This Court is confident that any legitimate discovery issues can be addressed and resolved prior to sentencing. This case involves criminal acts committed and indicted in 2017 and it is time to bring this matter to its conclusion. Dumas' Motion to Continue Sentencing (Record Document 213) is **DENIED**.

**IT IS SO ORDERED.**

**THUS DONE AND SIGNED**, in Shreveport, Louisiana, this 30th day of June, 2020.

_____
S. MAURICE HICKS, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT

---

[1] In his Writ of Prohibition (Record Document 216), Dumas also asks that all ex parte communications be prohibited and estopped. This Court does not engage in ex parte communications and this request is **DENIED AS MOOT**.