UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL ACTION NO. 17-00215-01 |
| VERSUS | JUDGE S. MAURICE HICKS, JR. |
| CHRISTOPHER M.K. DUMAS (01) | MAGISTRATE JUDGE HORNSBY |

**MEMORANDUM ORDER**

Before the Court is a Sealed Request for Release Order (Record Document 221) filed by *pro se* Defendant Christopher M.K. Dumas ("Dumas"). Dumas asks the Court to release Charles Kammer as standby counsel due to a conflict of interest.

Dumas' motion to terminate Mr. Kammer as standby counsel is **DENIED**. There is no conflict of interest. The Court may appoint standby counsel even over Dumas' objections. See Faretta v. California, 422 U.S. 806, 834 n. 46, 95 S.Ct. 2525, 2541 (1975); McKaskle v. Wiggins, 465 U.S. 168, 184, 104 S. Ct. 944, 954 (1984).

**IT IS SO ORDERED.**

**THUS DONE AND SIGNED**, in Shreveport, Louisiana, this 6th day of July, 2020.

_____
S. MAURICE HICKS, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT