UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL ACTION NO. 17-00215-01 |
| VERSUS | JUDGE S. MAURICE HICKS, JR |
| CHRISTOPHER M.K. DUMAS (01) | MAGISTRATE JUDGE HORNSBY |

**MEMORANDUM ORDER**

Before the Court is *pro se* Defendant, Christopher M.K. Dumas' ("Dumas") Petition for Judicial Relief.  See Record Document 277.  Dumas again alleges the Government violated the Jencks Act, 18 U.S.C. § 3500, and requests relief from this Court due to such violation.  See id.  Dumas admits that he does not fully understand the relief available.  See id.  Dumas contends that the Government's August 15, 2020 Jencks Act response reveals violations, namely "perjurous [sic] evidence" and the identity of another individual who reportedly robbed H&S Grocery in March 2017.  Id. at 1.

In an August 17, 2020 Order, this Court stated that it had reviewed Dumas' "§ 3500 Demand for Production of Statements" (Record Document 229) and the Government's response to the motion for production (Record Document 268).  See Record Document 270.  The Court concluded that the Government had complied with the Jencks Act and no further production was warranted.  See id.  The Court denied Dumas' motion for production.  See id.  Nothing presented by Dumas in his instant Petition for Judicial Relief changes the Court's previous analysis.  Thus, based on the showing made, Dumas' Petition for Judicial Relief (Record Document 277) is **DENIED**.

**IT IS SO ORDERED.**

**THUS DONE AND SIGNED**, in Shreveport, Louisiana, this 3rd day of September, 2020.

                                              S. MAURICE HICKS, JR., CHIEF JUDGE
                                                  UNITED STATES DISTRICT COURT